IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALLACE GILBERT-MITCHELL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-741-MJR |
| ) | |
| HARLEY LAPPIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This action is before the Court to rule on Plaintiff's motion for relief from judgment (Doc. 7), filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Rule 60(b) provides for relief from judgment for "mistake, inadvertence, surprise, or excusable neglect." FED.R.CIV.P. 60(b)(1).

In this motion, Plaintiff challenges the transfer of this case to this District from the District Court for the District of Columbia, arguing that such a transfer defeats diversity jurisdiction. *See* 28 U.S.C. § 1332. However, diversity jurisdiction is irrelevant here, as Plaintiff's claims arise under the laws and Constitution of the United States. *See* 28 U.S.C. § 1331. Therefore, Plaintiff has not presented any argument warranting relief under Rule 60(b), and the instant motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED this 20th day of October, 2006.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**