IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALLACE GILBERT-MITCHELL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-741-MJR |
| ) | |
| HARLEY LAPPIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This action is before the Court to rule on Plaintiff's motion for a stay (Doc. 8). In this motion, he questions the Court's imposition of a $350 filing fee, asserting that the filing fee should only be $250. Plaintiff is incorrect. Effective April 9, 2006, the filing fee for civil actions in all federal district courts was increased to $350. Because Plaintiff originally filed this action on August 31, 2006, in the District Court for the District of Columbia, the higher filing fee applies, and this portion of his motion is **DENIED**.

He also challenges the transfer of this case to this District. This argument was previously raised in a prior motion (Doc. 7), and it was rejected (*see* Doc. 9); once again, it is **DENIED**.

Finally, he claims that he has not yet received the appropriate consent forms from the Clerk. Therefore, the Clerk is **DIRECTED** to provide him with those forms as previously directed.

**IT IS SO ORDERED.**

**DATED this 2nd day of November, 2006.**

                                        **s/ Michael J. Reagan**
                                        **MICHAEL J. REAGAN**
                                        **United States District Judge**