IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALLACE GILBERT-MITCHELL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-741-MJR |
| ) | |
| HARLEY LAPPIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Once again, Plaintiff challenges the transfer of this case to this District. This time, he seeks to have the case returned to the District of Columbia or, in the alternative, to the Southern District of Texas (Doc. 11). The arguments presented as a basis for this request have been rejected by this Court on two prior occasions (*see* Doc. 9, 10); for the *last* time, the Court rejects these arguments, and this motion is **DENIED**. Plaintiff is now **WARNED** that if he persists in challenging the venue for this action, arguments that have been rejected three times, he may be subjected to sanctions. *See* FED.R.CIV.P. 11.

Also before the Court is Plaintiff's motion for leave to file an interlocutory appeal (Doc. 12). Not surprisingly, he wishes to appeal the issue of venue. In this case, the orders in question (Docs. 3, 9, 10) are not final decisions, *see* 28 U.S.C. § 1291, nor do they qualify as appealable interlocutory decisions, *see* 28 U.S.C. §§ 1292(a), (b). Accordingly, this motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED this 20th day of November, 2006.**

                                                         **s/ Michael J. Reagan**
                                                         **MICHAEL J. REAGAN**
                                                         **United States District Judge**