# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WALLACE GILBERT-MITCHELL, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 06-741-MJR** |
| ) | |
| **HARLEY LAPPIN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

In this latest motion (Doc. 15), Plaintiff states that he has not yet received the consent forms to enable him to pay his filing fee, as he has been transferred to a new institution. Therefore, he requests that those forms be sent to him again, as was directed by the Court's order dated October 2, 2006 (Doc. 6).

This motion is **GRANTED**. The Clerk shall once again send to Plaintiff the appropriate consent forms to enable him to pay the $350 filing fee for this action.

**IT IS SO ORDERED.**

**DATED this 15th day of December, 2006.**

                                            **s/ Michael J. Reagan**
                                            **MICHAEL J. REAGAN**
                                            **United States District Judge**