IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALLACE GILBERT-MITCHELL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-741-MJR |
| ) | |
| HARLEY LAPPIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

In this latest motion (Doc. 17), Plaintiff states that the consent forms sent to him by the Clerk have been confiscated by prison officials. Thus, he is unable to complete and return those forms to the Clerk as directed. Due to his inability to comply with the Court's order to submit those forms, he asks the Court to dismiss this action. In the alternative, he seeks additional time to submit those completed forms.

At this time, the Court believes that dismissing the action is an extreme response to an administrative glitch, particularly when other alternatives are available. Therefore, the Court **DENIES** the request to dismiss the action. Instead, the Court **GRANTS** an extension of 60 days for Plaintiff to return the consent forms to the Clerk.

**The Clerk shall once again send to Plaintiff the appropriate consent forms to enable him to pay the $350 filing fee for this action. The Clerk shall also send a courtesy copy of this order to the warden at the institution where Plaintiff is currently in custody.**

IT IS SO ORDERED.

DATED this 29th day of January, 2007.

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge