IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALLACE GILBERT-MITCHELL, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO. 06-741-MJR |
| ) | |
| HARLEY LAPPIN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

In this latest motion (Doc. 19), Plaintiff asks the Court to direct officials at his current institution – U.S.P. Victorville – to provide him with access to all his legal property so that he may adequately prosecute this action. At this time, however, there are no court deadlines pending for Plaintiff to meet, as the Court has yet to complete a preliminary review of the complaint pursuant to 28 U.S.C. § 1915A. Further, the record of this case indicates that Plaintiff has managed to file numerous pleadings in this matter over the last six months; lack of access to his legal property certainly has not impeded his ability to litigate this case to date.

In his current motion, Plaintiff asks that the Court dismiss this action if the Court does not grant his request for access to his legal property. The Court surmises that Plaintiff asks for this extreme result only because he did not understand all the preliminary measures the Court undertakes before Defendants are served with the complaint. However, IF Plaintiff truly wishes to dismiss this action at this time, he may file such a notice. *See* FED.R.CIV.P. 41.

In short, the instant motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED this 26th day of March, 2007.**

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge